UNITED STATES DISTRICT COURT
FOR THE SOUTHEN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| **DANNY BRICENO SOLANO,**<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>**CHRISTOPHER MASON,** Superintendent, South Central Regional Jail; **MICHAEL T. ROSE,** Acting Field Office Director, Philadelphia Field Office, United States Immigration and Customs Enforcement; **TODD M. LYONS,** Acting Director, United States Immigration and Customs Enforcement; **KRISTI NOEM,** Secretary of Homeland Security; **PAMELA JO BONDI,** United States Attorney General, in their official capacities,<br><br>　　　　Respondents. | Civil Action. No: 2:26-cv-00045<br>Hon. Thomas Johnston<br><br>**ORDER TO SHOW CAUSE** |

**ORDER TO SHOW CAUSE**

Upon consideration of Petitioner's Verified Petition for a Writ of Habeas Corpus (Dkt. No. 1),

**IT IS HEREBY ORDERED** that:

1. Respondents shall file a written response on the Order to Show Cause why the Petition for Writ of Habeas Corpus should not be granted by **Friday, January 23, 2026**.

2. Petitioner shall have an opportunity to file a reply by **Monday, January 26, 2026, at 5:00 P.M.**

3. This matter shall be heard by this Court on **Wednesday, January 28, 2026, at 3:00 P.M.**

4. Respondents shall not remove or facilitate the removal of Petitioner from the

1

Southern District of West Virginia pending further order of the Court.

    4.    Service of this Order shall be made by Petitioner on the United States Attorney for the Southern District of West Virginia by **12:00 P.M. on Thursday, January 22, 2026,** and shall constitute good and sufficient service on the federal defendants.

    5.    Service of this Order shall be made by Petitioner on Christopher Mason, Superintendent, South Central Regional Jail, or an agent of Superintendent Mason at the South Central Regional Jail, by **12:00 P.M. on Thursday, January 22**, **2026,** and shall constitute good and sufficient service on Superintendent Dixon.

    **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: January 21, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE

|  | **Initially prepared by:** |
|---|---|
| Dated: January 21, 2026 | **COUNSEL FOR PETITIONER** |
| Jonathan Sidney<br>*Pro Hac Vice* Pending<br>Colorado Bar No. 52463<br>Ohio Bar No. 0100561<br>P.O. Box 97<br>Forest Hill, WV<br>Phone: (681) 335-0074<br>jsidney@climatedefenseproject.org | /s/ *Lesley M. Nash*<br>Lesley M. Nash (WVSB #14158)<br>Mountain State Justice, Inc. 1029<br>University Ave., Ste. 101<br>Morgantown, WV 26505 Phone: (304) 326-0188<br>lesley@msjlaw.org |

3