IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

DANNY BRICENO SOLANO,

        Petitioner,

v.　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 2:26-cv-00045

CHRISTOPHER MASON, et al.,

        Respondents.

### JUDGMENT ORDER

In accordance with the February 5, 2026, Memorandum Opinion and Order, (ECF No. 27), the Government's Motion to Dismiss, (ECF No. 16-1), is **DENIED**, and the Petition for Writ of Habeas Corpus, (ECF No. 1), is **GRANTED**. Further, Respondents are **ORDERED** to **RELEASE PETITIONER IMMEDIATELY** from civil immigration custody, and Respondents are **PROHIBITED** from re-arresting and detaining Petitioner pending further order of this Court.

Accordingly, the Court **DISMISSES** this case and **DIRECTS** the Clerk to remove this case from the Court's active docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:　　　February 6, 2026

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE